People ex rel. Cedeno v Maginley-Liddie (2025 NY Slip Op 04612)

People ex rel. Cedeno v Maginley-Liddie

2025 NY Slip Op 04612

Decided on August 8, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 8, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
CARL J. LANDICINO
JAMES P. MCCORMACK
PHILLIP HOM, JJ.

2025-08905

[*1]The People of the State of New York, ex rel. Vivian R. Cedeno, on behalf of Jose Lequerica , petitioner,
v
Lynelle Maginley-Liddie, respondent.

Vivian R. Cedeno, Bayside, NY, petitioner pro se.
Melinda Katz, District Attorney, Kew Gardens, NY, (Rahul K. Sukesh, Johnnette Traill, and Nancy Fitzpatrick Talcott of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Jose Lequerica upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 72387/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BRATHWAITE NELSON, J.P., LANDICINO, MCCORMACK and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court